```
                                                              JS-6




                                                     Filed: 12/1/2016




                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

THERESA BROOKE                )      NO. ED CV 16-906-GHK(SPx)
                              )
          Plaintiff,          )      JUDGMENT
                              )
     vs.                      )
                              )
SG GOLDSTEIN INVESTMENT, LLC  )
                              )
          Defendant.          )
                              )
```

Based on our December 1, 2016 Order, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: DECEMBER 1, 2016

George H. King
United States District Judge